# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ERIC ANTHONY RODRIGUEZ, | Case No.: 6:23-cv-02487-ACC-RMN |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| TRANS UNION RENTAL SCREENING SOLUTIONS, INC., NATIONAL TENANT NETWORK, INC., | |
| Defendants. | |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Eric Anthony Rodriguez has served upon Defendant National Tenant Network, Inc. copies of the following documents:

1) Summons;

2) Complaint;

3) Civil Cover Sheet;

4) Plaintiff's Disclosure Statement;

5) Plaintiff's Notice of Lead Counsel Designation;

6) Judge Assignment;

Attached hereto is a copy of the Issued Summons and Proof of Service.

//

RESPECTFULLY SUBMITTED this 8th day of January 2024.

**CONSUMER ATTORNEYS**
/*s/ Catherine Tillman*
Catherine Tillman, Esq., (FL Bar No. 0057663)
8245 N. 85th Way
Scottsdale, AZ 85258
T : (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com

*Attorney for Plaintiff*
*Eric Anthony Rodriguez*

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

|  |  |
|---|---|
| ERIC ANTHONY RODRIGUEZ<br><br>*Plaintiff(s)*<br>v.<br><br>TRANSUNION RENTAL SCREENING SOLUTIONS, INC., NATIONAL TENANT NETWORK, INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 6:23-cv-2487<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Tenant Network, Inc.
c/o C T Corporation System
780 Commercial St SE, Suite 100,
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Catherine Tillman
Consumer Attorneys
8245 N. 85th Way
Scottsdale, AZ 85258
E-mail: ctillman@consumerattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: January 2, 2024

*Ashleigh Lairi*
*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of

Case Number: 6:23-CV-2487

Plaintiff(s):
**ERIC ANTHONY RODRIGUEZ,**

vs.

Defendant(s):
**TRANSUNION RENTAL SCREENING SOLUTIONS, INC., NATION TENANT NETWORK, INC.**

For:
Catherine Tillman
Consumer Attorneys
8245 N 85th Way
Scottsdale, AZ 85258

Received by Willamette Valley Processors LLC to be served on **National Tenant Network, Inc. c/o C T Corporation System, 780 Commercials St Se, Salem, OR 97301**.

I, Julie Field, being duly sworn, depose and say that on the **5th day of January, 2024 at 9:52 am, I:**

SERVED the within named **National Tenant Network, Inc.** at **780 Commercials St Se, Salem, OR 97301** by personally serving a true copy of the **Summons; Complaint and Demand for Jury Trial; Civil Cover Sheet; Plaintiff's Disclosure Statement; Plaintiff's Notice of Lead Counsel Designation; Judge Assignment** upon **Eden Titus,** who is a clerk on duty in the office of the Registered Agent and who is authorized to accept service.

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.

I hereby declare that the above statement is true to the best of my knowledge and belief and that it is made for use as evidence in court and is subject to penalty for perjury is true.

Subscribed and Sworn to before me on the 8th day of January, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC-OREGON



OFFICIAL STAMP
Jerry J Jackson
NOTARY PUBLIC - OREGON
COMMISSION NO. 1012230
MY COMMISSION EXPIRES     May 11, 2025

**Julie Field**
Process Server

**Willamette Valley Processors LLC**
1097 N 9th St
Philomath, OR 97370
(541) 250-9654

Our Job Serial Number: WVP-2024000011

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2s

