# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ERIC ANTHONY RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSUNION RENTAL SCREENING SOLUTIONS, INC. and NATIONAL TENANT NETWORK, INC.,<br><br>    Defendants. | Case No.: 6:23-cv-2487-ACC-RMN<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION RENTAL SCREENING SOLUTIONS, INC. ONLY** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Eric Anthony Rodriguez and Defendant TransUnion Rental Screening Solutions, Inc. ("TURSS"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant TransUnion Rental Screening Solutions, Inc. only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

RESPECTFULLY SUBMITTED this 24th day of May 2024

**CONSUMER ATTORNEYS**

*/s/ Catherine Tillman*
Catherine Tillman, Esq., (FL Bar No. 0057663)
8245 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com

*Attorneys for Plaintiff*
*Eric Anthony Rodriguez*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Catherine Tillman*
Catherine Tillman, Esq., (FL Bar No. 0057663)
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com

*Attorneys for Plaintiff*
*Eric Anthony Rodriguez*