**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ERIC ANTHONY RODRIGUEZ,**

       **Plaintiff,**

**v.**                                **Case No.    6:23-cv-2487-ACC-RMN**

**TRANSUNION RENTAL**
**SCREENING SOLUTIONS, INC.**
**and NATIONAL TENANT**
**NETWORK, INC.,**

       **Defendants.**

_____

**ORDER OF DISMISSAL AS TO DEFENDANT TRANSUNION RENTAL**
**SCREENING SOLUTIONS, INC. (ONLY)**

The Court has been advised by **counsel for Plaintiff** that the claims against Defendant TransUnion Rental Screening Solutions, Inc. (only) have been settled.

Accordingly, pursuant to Local Rule 3.09(b) M.D. Fla., it is **ORDERED AND ADJUDGED** that Plaintiff's claims against Defendant TransUnion Rental Screening Solutions, Inc. (only) are hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose. After that 60-day period, however, dismissal of Plaintiff's claims against Defendant TransUnion Rental Screening Solutions, Inc. (only) shall be with prejudice.

- 2 -

The Clerk is further directed to terminate Defendant TransUnion Rental Screening Solutions, Inc. as a party.

**DONE** and **ORDERED** at Orlando, Florida on May 28, 2024.

ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record