**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ERIC ANTHONY RODRIGUEZ,**

    **Plaintiff,**

v.                                                          Case No. 6:23-cv-2487-ACC-RMN

**NATIONAL TENANT NETWORK, INC.,**

    **Defendant.**

---

## ORDER

This cause is before the Court on Plaintiff's Motion for Default Judgment (Doc. 33) and Amended Motion for Default Judgment (Doc. 43).

The United States Magistrate Judge has submitted a report recommending that Plaintiff's Motions related to the default judgment be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.[1]

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 13, 2024 (Doc. 47) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

---

[1] A typo in the Report contains the wrong zip code for Defendant's address where the Complaint was served (Doc. 47 at 5). With correction of the scrivener's error, which should be "97035" (rather than 07035), the Report correctly reflects the address in the return of service.

2. The Motion for Default Judgment (Doc. 33) supplemented by his Amended Motion for Default Judgment (Doc. 43) is hereby **GRANTED in part** against Defendant National Tenant Network, Inc. as to the allegations of negligent violation of the FCRA and as to Plaintiff's request for a determination of entitlement to an award of attorney's fees. The Motions are **DENIED** in all other respects, including as to an alleged willful violation of the FCRA.

3. Plaintiff Eric Anthony Rodriguez is awarded actual damages in the amount of $15,000 against Defendant National Tenant Network, Inc.

4. The Clerk is **DIRECTED** to enter judgment accordingly and **CLOSE** the file.

5. The Court finds Plaintiff is entitled to an award of attorney's fees, with the amount to be determined pursuant to Local Rule 7.01(c). Plaintiff is **ORDERED** to file a supplemental motion for attorney's fees with supporting documentation consistent with Local Rule 7.01(c) within 30 days of the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on December 3, 2024.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record

- 3 -

Defendant National Tenant Network, Inc.
4800 Meadows Rd. Ste. 300
Lake Oswego, Oregon 97035